■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLARD JACKSON, Appellant.— Order affirmed. No opinion. (See *People* v. *Swingle*, 28 A D 2d 1063.) Herlihy, J. P., Aulisi, Staley, Jr., Cooke and Greenblott, JJ., concur.